USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA    :   **ORDER**
                                :   **ACCEPTING THE PLEA**
      - v. -                 :   **ALLOCUTION BEFORE A**
                                :   **UNITED STATES**
SHATIQUE BLAND,            :   **MAGISTRATE JUDGE**
                                :
          Defendant.      :   24 CR 374 (LAK)
                                :
- - - - - - - - - - - - - - - - X

Lewis A. Kaplan, United States District Judge

    On June 11, 2024, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Sara. L. Cave, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

    ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:    New York, New York
          October 17, 2024

                                                THE HONORABLE LEWIS A. KAPLAN
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK